**No. 09-10750. Kevin Karl Smith, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3438, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4888.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 358 Fed. Appx. 634.

**No. 09-10752. Alfredo Rodriguez, Jr., Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4963.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 558.

**No. 09-10754. Kelvin Miller, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4948.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 358 Fed. Appx. 750.

**No. 09-10756. Jose Gonzalez-Garza, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4962.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 588.

**No. 09-10757. Emert Reginald Flowers, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4916.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 742.

**No. 09-10759. William Henry Harrison, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4799.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 962.

**No. 09-10766. Samuel Joseph Gentile, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3439, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4869.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10767. Shawn Williams, Petitioner v. United States.**

560 U.S. 976, 130 S. Ct. 3440, 177 L. Ed. 2d 345, 2010 U.S. LEXIS 4966.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 367 Fed. Appx. 578.